# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAMES CURTIS WILSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D2022-1540

_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Rachael S. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.